UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF <br> MDL No. 2100 |

**This Document Relates To:**

*Kyleigh Thayer v. Bayer HealthCare Pharmaceuticals Inc., et al.*      No. 12-cv-11010-DRH

*Tiffany Vessio v. Bayer HealthCare Pharmaceuticals Inc., et al.*      No. 13-cv-10563-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on October 28, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: /s/*Caitlin Fischer*
       **Deputy Clerk**

Digitally signed by Judge David R. Herndon
Date: 2015.10.29 16:16:08 -05'00'

APPROVED:
    DISTRICT JUDGE
    U. S. DISTRICT COURT